UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0610 LHK |
| Plaintiff, | [**PROPOSED**] FINAL ORDER OF FORFEITURE |
| v. | |
| BRENTON PHARR, | |
| Defendant. | |

On May 11, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, a Cyberpower Desktop Center Processing Unit ("CPU") bearing serial no. 15355/B9BWPX; a Cyberpower Gaming Development CPU bearing serial no. 658713/DHKHUY; a Toshiba Satellite Laptop Computer bearing serial no. 6016343CU; an Xbox 360 with power/adapter cords bearing serial no. 401077262306; a Creative Zen Media Player with USB cord bearing serial no. MAPF/1800607007646R; a Motorola Droid Smart Phone bearing serial no. 268435458113959690; a Sandisk 32 Megabyte Thumbdrive; and 184 miscellaneous Compact Discs (CDs) containing images of child pornography, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

1 THEREFORE, it is ordered that the above-described property shall be forfeited to the United
2 States, pursuant to Title 18, United States Code, Sections 2253(a)(1) & (a)(3).  All right, title,
3 and interest in said property is vested in the United States of America.  The appropriate federal
4 agency shall dispose of the forfeited property according to law.

Dated: 9/18/11

_____
LUCY H. KOH
United States District Judge